Rebecca C. Padilla, SBN.: 248605
**POTTER, COHEN & SAMULON**
3852 East Colorado Boulevard
Pasadena, California 91107
Tel. (626) 795-0681
Fax: (626) 79509725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff, MONTGOMERY J. DOOHAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MONTGOMERY J. DOOHAN,<br><br>Plaintiff,<br>MICHAEL ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | **Case No.:  CV 09-07989 (VBK)**<br><br>**ORDER FOR AWARD OF EAJA FEES** |

    Defendant is ordered to pay to Plaintiff's counsel of record, as Plaintiff's assignee, the total amount of THREE THOUSAND NINE HUNDRED NINETY THREE DOLLARS ($3993.00) representing payment of all Plaintiff's claims for attorney's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, in accordance with 28 U.S.C. § 2412(d).

DATED: _December 08, 2010_____/s/_____
                                VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE